610

379 A.2d 307

COMMONWEALTH of Pennsylvania

v.

John O'Neil MOORE, Appellant.

Supreme Court of Pennsylvania.

Submitted Sept. 26, 1977.

Decided Oct. 28, 1977.

Calvin S. Drayer, Jr., Asst. Public Defender, for appellant.

William T. Nicholas, Dist. Atty., Ross Weiss, 1st Asst. Dist. Atty., Eric J. Fox, James A. Cunningham, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Order affirmed.